# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133969

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHANNON LADEL KEYS,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133969
COA: 264387
Mecosta CC: 03-005118-FC

_____/

On order of the Court, the application for leave to appeal the February 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

*Corbin R. Davis*

Clerk

p0830